```
MELINDA HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LUCINDA ANN LOVETT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:14-CV-00811-NJV<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER |

　　　IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up and through November 1, 2014, in which to file her Cross-Motion for Summary Judgment. This extension is requested because counsel has been on leave and needs additional time to review the case and draft a cross-motion. Counsel apologizes for the delay and inconvenience caused to the Court.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: September 29, 2014 | By */s/ Kenneth J. Collins* |
| 2 | | *(As authorized via email on September 29, 2014)* KENNETH J. COLLINS Attorney for Plaintiff |
| 4 | | MELINDA HAAG United States Attorney |
| 5 | | DONNA L. CALVERT Regional Chief Counsel, Region IX |
| 7 | Dated: September 29, 2014 | By */s/ Theophous H. Reagans* |
| 8 | | THEOPHOUS H. REAGANS Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>October 2, 2014</u>  _____
NANDOR J. VADAS
United States Magistrate Judge

2